**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**William Abel YATES, Defendant-Appellant.**

**No. 16-6785**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 25, 2017

Decided: May 30, 2017

William Abel Yates, Appellant Pro Se. Robert Michael Hamilton, Michael Francis Joseph, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Abel Yates seeks to appeal the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012) and Amendment 782 to the Sentencing Guidelines. While this appeal was pending, Yates received a presidential commutation. The commutation renders Yates' appeal moot. *See United States v. Surratt*, 855 F.3d 218 (4th Cir. 2017) (dismissed as moot following en banc argument). Accordingly, we deny Yates' motion to vacate and remand and dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*